oral argument. THE CHIEF JUSTICE took no part in the consideration or decision of these motions.

No. 05–416. WOODFORD ET AL. v. NGO. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1015.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 05–5992. ZEDNER v. UNITED STATES. C. A. 2d Cir. [Certiorari granted, *ante,* p. 1085.] Motion of petitioner for appointment of counsel granted. Edward S. Zas, Esq., of New York, N. Y., is appointed to serve as counsel for petitioner in this case.

No. 05–7032. ROLLER v. WILLIAMS, WARDEN. Super. Ct. Baldwin County, Ga. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1086] denied.

No. 05–7916. THOMPSON v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1137] denied.

No. 05–8580. BOWEN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 14, 2006, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 05–572. IN RE GRAND JURY PROCEEDINGS. C. A. 3d Cir. Motion of the Solicitor General for leave to file a brief in opposition under seal with redacted copies for the public record granted. Petition for writ of common-law certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–8458. IN RE WILLIAMS;
No. 05–8463. IN RE WILLIAMS;
No. 05–8465. IN RE TIDWELL;
No. 05–8473. IN RE BROWN;
No. 05–8486. IN RE TORRES;
No. 05–8487. IN RE MORENO VALENCIA;

No. 05–8488.  IN RE REVELO MORENO;
No. 05–8489.  IN RE SEGURA MONTANO;
No. 05–8490.  IN RE RIASCOS;
No. 05–8491.  IN RE ORTIZ;
No. 05–8492.  IN RE SALAS ESTUPINAN;
No. 05–8493.  IN RE DOMINGO LOPEZ;
No. 05–8494.  IN RE GONZALEZ MURILLO;
No. 05–8495.  IN RE CAMPAZ;
No. 05–8524.  IN RE VARGAS;
No. 05–8525.  IN RE CUERO HURTADO;
No. 05–8526.  IN RE SINISTERRA ASTUDILLO;
No. 05–8527.  IN RE ALOMA;
No. 05–8528.  IN RE CAMPAZ HURTADO;
No. 05–8529.  IN RE CAICEDO;
No. 05–8530.  IN RE ARROYO;
No. 05–8531.  IN RE ESTUPINAN;
No. 05–8532.  IN RE GARCIA ESTUPINAN;
No. 05–8533.  IN RE ENRIQUEZ;
No. 05–8603.  IN RE DEPINEDA;
No. 05–8645.  IN RE ABED;
No. 05–8646.  IN RE ABED;
No. 05–8708.  IN RE MATHIS;
No. 05–8716.  IN RE SANDERS;
No. 05–8783.  IN RE SANCHEZ;
No. 05–8821.  IN RE WILLIAMS;
No. 05–8842.  IN RE UPSHAW;
No. 05–8861.  IN RE KIM;
No. 05–8877.  IN RE DEVEAUX;
No. 05–8879.  IN RE CARTER;
No. 05–8883.  IN RE MAHLE; and
No. 05–8888.  IN RE NEWMAN.  Petitions for writs of habeas corpus denied.

No. 05–689.  IN RE CLEMENTS;
No. 05–725.  IN RE LIVERMAN;
No. 05–732.  IN RE SINA;
No. 05–747.  IN RE GIBBONS;
No. 05–8088.  IN RE RIVERA;
No. 05–8178.  IN RE HOWARD; and
No. 05–8554.  IN RE SALDANA.  Petitions for writs of mandamus denied.